302 So.2d 540

In re Eddie Dee ANDERSON

v.

STATE.

Ex parte Eddie Dee Anderson.

SC 995.

Supreme Court of Alabama.

Oct. 31, 1974.

J. Wilson Dinsmore, Birmingham, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Eddie Dee Anderson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Anderson v. State, 53 Ala.App. 564, 302 So.2d 537.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

309 So.2d 844

In re Bruce BOTSFORD, alias

v.

STATE.

Ex parte Bruce Botsford, alias.

SC 1133.

Supreme Court of Alabama.

March 13, 1975.

John T. Crowder, Jr., Mobile, for petitioner.

MERRILL, Justice.

Petition of Bruce Botsford, alias for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Botsford v. State, 54 Ala.App. ——, 309 So.2d 835.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.